IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:19-cr-203 |
| v. | ) |
| | ) |
| MILES GARRETT BOATMAN, | ) DISMISSAL |
| | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Iowa hereby dismisses the superseding indictment in the above-captioned case as to defendant Miles Garrett Boatman without prejudice.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: _/s/ Laura M. Roan_
Laura M. Roan
Rachel. J. Scherle

Assistant United States Attorneys
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9288
Email: laura.roan@usdoj.gov
rachel.scherle@usdoj.gov

LEAVE OF COURT IS HEREBY GRANTED TO FILE THE ABOVE DISMISSAL.

October 27, 2020
Date

Hon. Rebecca Goodgame Ebinger
United States District Judge